**Dismissed and Opinion Filed October 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-00804-CV

_____

### IN THE INTEREST OF J.B., IV, A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-18597-Y**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated September 4, 2014, we informed appellant that the Dallas County District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, the clerk's record has not been filed, appellant has not provided the required documentation, nor has he otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* T<small>EX</small>. R. A<small>PP</small>. P. 37.3(b).


140804F.P05

 /Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.B., IV, A CHILD,

No. 05-14-00804-CV

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-11-18597-Y.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee The State of Texas recover its costs of this appeal from appellant James Brock, III.

Judgment entered October 28, 2014.